UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CALVIN ROBINSON,

        Plaintiff,                Case No. 20-cv-11367
                                                      Hon. Matthew F. Leitman

v.

MICHIGAN DEPARTMENT OF
JUSTICE, GENESEE COUNTY,

        Defendant.

_____/

## JUDGMENT

For the reasons stated in the order issued on this date, it is ORDERED and ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

                                                                DAVID J. WEAVER
                                                                CLERK OF COURT
                                                  By:   s/Holly A. Monda
                                                                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: October 26, 2020
Flint, Michigan